(159 App. Div. 7.)

### In re EATON'S ESTATE.

(Supreme Court, Appellate Division, Third Department.    November 12, 1913.)

Appeal from Surrogate's Court, Madison County.
In the matter of the estate of Elizabeth S. Eaton, deceased.    Petition by Genevieve S. Jacobs and another for payment of a legacy under the will. From a decree granting the petition, Susan C. Higgins appeals.    Affirmed.
Argued before SMITH, P. J., and KELLOGG, LYON, HOWARD, and WOODWARD, JJ.

PER CURIAM.    Decree, dated December 30, 1912, unanimously affirmed, with costs, upon the opinion in Matter of Eaton, 144 N. Y. Supp. 254, decided herewith.